**COMET PRINTING, INC.,
Petitioner—Appellant,**

v.

**COMMISSIONER OF INTERNAL
REVENUE, Respondent—
Appellee.**

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

Estate of Kevin J. Lorenz, Deceased Petitioner; and Elizabeth J. Lorenz, Personal Representative; and Elizabeth J. Lorenz, Petitioner—Appellant,

v.

Commissioner of Internal Revenue, Respondent—Appellee.

No. 99–71249, 99–71252.
Tax Court No. 0980–2: 12140–96.
Tax Court No. 0980–2: 12138–96.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 7, 2001.

Decided March 14, 2001.

Before PREGERSON, THOMAS, and GOULD, Circuit Judges.

MEMORANDUM *

Based on a careful review of the evidence and proceedings, we conclude that the parties did not reach a meeting of the minds. The purported settlement agreement therefore is rescinded. The decisions of the tax court are reversed, and this case is remanded with instructions that it be set for trial.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.